UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  08-60556-CIV-MORENO**

MICHAEL ANTHONY PHILLIPS, a/k/a Michael
Phillips,

       Plaintiff,

vs.

UNITED STATES OF AMERICA,

       Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION AND ORDER DENYING MOTION TO CORRECT A VOID JUDGMENT

THIS CAUSE came before the Court upon Petitioner's Motion for Reconsideration **(D.E. No. 28)**, filed on **April 28, 2010**, and Petitioner's Motion to Correct a Void Judgment **(D.E. No.29 )**, filed on **May 3, 2010** .

"The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence." *Z.K. Marine, Inc. v. M/V Archigetis*, 808 F. Supp. 1561, 1563 (S.D. Fla. 1992) (quoting *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985)).  Here, Petitioner has failed to demonstrate any manifest errors of law or fact, or present any newly discovered evidence, and therefore, the Court denies Petitioner's Motion for Reconsideration.

Petitioner also moves for relief from the Court's judgment pursuant to Fed. R. Civ. P. 60(b)(4).  As a general matter, a "judgment is void under Rule 60(b)(4) if the court that rendered it lacked jurisdiction of the subject matter, or of the parties, or if it acted in a manner inconsistent with due process of law." *Burke v. Smith*, 252 F.3d 1260, 1263 (11th Cir. 2001) (citations and internal

quotations omitted).   Because these factors do not exist in the instant case, the Court denies Petitioner's Motion to Correct a Void Judgment.   Accordingly, it is

   **ADJUDGED** that Petitioner's Motion for Reconsideration and Petitioner's Motion to Correct a Void Judgment are DENIED.


   DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of May, 2010.


                                                          _____
                                                          FEDERICO A. MORENO
                                                          CHIEF UNITED STATES DISTRICT JUDGE


Copies provided to:
Counsel of Record