UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-60556-CIV-MORENO

MICHAEL ANTHONY PHILLIPS, a/k/a Michael Phillips,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

THIS CAUSE came before the Court upon Plaintiff's Motion for Certificate of Appealability (**D.E. No. 31**), filed on **June 8, 2010**.

Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of July, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Clerk's Office Appeals Section   #10-12699-F
Counsel and Parties of Record